IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:07CR318-1
:
CHIRAGI KOTHARI :

The Grand Jury charges:

On or about July 8, 2007, in the County of Forsyth, in the Middle District of North Carolina, CHIRAGI KOTHARI, with intent to extort $25,000.00 in monies from another, did knowingly and willfully transmit in interstate and foreign commerce an electronic mail communication from Lakewood, Ohio to Forsyth County, State and Middle District of North Carolina, said communication containing a threat to injure the reputation of the addressee and another person; in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL:

_____
FOREPERSON

_____
PAUL A. WEINMAN
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY