Date: Sun, 8 Jul 2007 09:36:43 -0700 (PDT)
From: "A P" <coolsecrets78@yahoo.com>
Subject: Vikrant Prakash
To: sircar6782@yahoo.com, apatel1@triad.rr.com

HTML Attachment [ Scan and Save to Computer ]

Hi Mrs. Patel,

Some things are better kept quiet about...... Meetings like the ones that happened earlier this year in February shouldnot be out in the open esp outside a fitness center. I donot need to elaborate the details.

I always collect enough proof to follow through my promises. I will keep it short and simple, looking for $25000 for shutting up and give you 24 hours to respond to this email. Need the money in 250 notes of 100 each.

Do not take this lightly as slowly everyone in the small wake forest community will hear and see the proof of the "relationship" between the Dean's wife and a current student. If I receive no response to this email, I will email one student every day with proof about this cool secret. Do not bother trying to find me or send me viruses or tracker because that means I will ENSURE everyone knows about ev erything

earlier the better...... till then...... amigos!

