IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
NOV 2 0 2007
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:07CR318-1 |
| ) | |
| CHIRAGI KOTHARI ) | |
| ) | |

## VERDICT SHEET

SOLE COUNT: Interstate Communications of a Threat with Intent to Extort

18 U.S.C. § 875(d)

We, the jury, find the Defendant, CHIRAGI KOTHARI,

GUILTY or (**NOT GUILTY**)

of the offense charged in the sole Count in the indictment, that is, Interstate Communication of a Threat with Intent to Extort $25,000 in violation of 18 U.S.C. 875(d), as alleged in the indictment.

After you answer "Guilty" or "Not Guilty" to this question, proceed to the end of this document and fill in the required signature and date.

This, the 20th day of November, 2007.

_[signature]_
Jury Foreperson