ENTERED ON DOCKET
R. 55

NOV 21 2007

BY_____

FILED
NOV 21 2007
IN THIS OFFICE
CLERK U.S. DISTRICT COURT
GREENSBORO, NC
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                      )<br>)<br>CHIRAGI KOTHARI                         ) | 1:07cr318-1 |

## JUDGMENT OF ACQUITTAL

This case came on for trial on November 19, 2007, before the Court and a jury.

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted and discharged, and any bond exonerated.

This the 21 day of November, 2007.

_James A Beaty_
United States District Judge